# Exhibit 1

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

SHANDY MEDIA, INC., a California Corporation; ANGELA STRUCK, an individual; RAYMOND ATTIPA, an individual; (See Attachment 1)

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ROBERT A. ZIRKIN

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

FILED
Superior Court of California
County of Los Angeles

OCT 16 2018

Sherri R. Carter, Executive Officer/Clerk of Court
By _____ Deputy
Kristina Vargas

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Los Angeles County Superior Court
111 N. Hill Street
Los Angeles, CA 90012

**CASE NUMBER:**
*(Número del Caso):*
**18STCV01568**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Patrick McNicholas / Justin J. Eballar, 10866 Wilshire Blvd., Suite 1400, LA, CA 90024, (310) 474-1582

DATE: **OCT 16 2018**     SHERRI R. CARTER   Clerk, by _____ Deputy
*(Fecha)*                                   *(Secretario)*                        *(Adjunto)*
Kristina Vargas

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
       [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
       [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
       [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

MC-025

| SHORT TITLE: ROBERT ZIRKIN v. SHANDY MEDIA, INC., et al. | CASE NUMBER: |
|---|---|

ATTACHMENT *(Number):* _____1_____

*(This Attachment may be used with any Judicial Council form.)*

ATTACHMENT TO SUMMONS:

TIGRANOUHI ATTIPA, an individual; and DOES 1 through 100, inclusive

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

Patrick McNicholas, Esq. – SBN 125868
Justin J. Eballar, Esq. - SBN 294718
McNICHOLAS & McNICHOLAS, LLP
10866 Wilshire Boulevard, Suite 1400
Los Angeles, California 90024-4338
Tel: (310) 474-1582
Fax: (310) 475-7871

Attorneys for Plaintiff
Robert A. Zirkin

**FILED**
Superior Court of California
County of Los Angeles

OCT 16 2018

Sherri R. Carter, Executive Officer/Clerk of Court

By _____, Deputy
Kristina Vargas

# SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| ROBERT A. ZIRKIN<br><br>     Plaintiff,<br><br>v.<br><br>SHANDY MEDIA, INC., a California Corporation; ANGELA STRUCK, an individual; RAYMOND ATTIPA, an individual; TIGRANOUHI ATTIPA, an individual; and DOES 1 through 100, inclusive;<br>     Defendants. | Case No. **18STCV01568**<br><br>**COMPLAINT FOR DAMAGES**<br><br>1) **DEFAMATION**<br>2) **FALSE LIGHT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>By Fax |

## COMPLAINT AND JURY DEMAND

COMES NOW, the Plaintiff, Robert A. Zirkin, by and through counsel, files this

Complaint and sues the Defendants Shandy Media, Inc., Raymond Attipa, Tigranouhi Attipa, and

Angela Struck, and for cause state as follows:

//

//

## **INTRODUCTION**

1.       Defendants have caused to publish and republish thousands of times a video which falsely portrays the Plaintiff as seeking prostitutes on Craigslist during a Baltimore Ravens vs. Chicago Bears NFL football game. Defendants published this false and defamatory video around the world.

2.       Plaintiff is a husband, father of two young daughters, respected attorney, and member of the Maryland State Senate, where he chairs the Judicial Proceedings Committee.

3.       On October 17, 2017, Defendants caused to publish on the Internet a video entitled "Ravens Fan Gets Caught Looking for Prostitutes on Craigslist During Game." Defendants portrayed the following stock photograph of the Plaintiff, obtained from stock photograph company Getty Images, as a photograph of the Ravens fan caught looking for prostitutes:



4.       This photograph is of Mr. Zirkin with his 8-year-old daughter in the background. It was taken at a Ravens game in London, England on September 24, 2017. This photograph has no relationship to any fan who was on Craigslist supposedly seeking a prostitute at the Ravens game

2

in Baltimore on October 15, 2017.  The photograph was obtained from Getty Images by Defendant Shandy Media, Inc., Obsev Studios, and/or their affiliate The Fumble, and was used to falsely portray Mr. Zirkin as the Ravens fan looking for prostitutes.

5.      While displaying this photograph of Mr. Zirkin, the announcer on the video, Defendant Angela Struck, stated, "Well, this man needs to be a bit more DL.[1] He's holding up the photo for all the world to see..."  By showing the photograph of Mr. Zirkin while stating this, Defendants were unquestionably asserting that Mr. Zirkin was the Ravens fan looking for prostitutes on Craigslist.

6.      Angela Struck also offensively targeted Mr. Zirkin's wife and daughters, stating in the video, "Yikes. Ugh. I feel bad for this guy's wife and kids." The photograph used of Mr. Zirkin showed his 8-year-old daughter standing behind him, and this image is now associated with allegations of a fan searching for prostitutes on Craigslist. The inclusion of this photograph, along with mention of Mr. Zirkin's wife and children, has caused his family serious distress and embarrassment.

//

//

---

[1] Slang for "down low."

7.      Within Defendants' video is a video that had been recorded by a Ravens fan at the October 15, 2017. This video shows a man on his phone allegedly looking for prostitutes during the Ravens game:



8.      The individual pictured here is not Mr. Zirkin. Mr. Zirkin has no connection to this man and the identity of this man is unknown to him. In the video, Defendants falsely created the image that this individual and Mr. Zirkin are one and the same, which any reasonable viewer would conclude.

9.      The Shandy Media video was published on its social media sites and republished by other websites around the world. This includes the website Charm City Sports Network, a Baltimore-based website focused on news about the Baltimore Ravens and Baltimore Orioles.

10.     Mr. Zirkin and/or a representative from his office contacted both Shandy Media, through its employee Levon Demirjian, and Phil Gentile at Charm City Sports Network to request that the false videos be removed. In agreeing to remove the video, Demirjian admitted that Obsev Studios used a stock photograph of Mr. Zirkin and that it knew he was not the man featured in the Ravens video.

4

Complaint for Damages

11.     The video featuring the false portrayal of Mr. Zirkin has been shared thousands of times and has been republished on heavily trafficked websites. As a result, Mr. Zirkin has faced harm to his character, reputation, and stature in the community.  He received constant phone calls asking about the video.  Not only will such videos damage his professional life, but the video has harmed his personal life, and caused deep embarrassment to him and his family. The video has caused him mental anguish, personal humiliation, and distress, particularly over the use of a stock photograph that included his minor daughter.

## VENUE AND JURISDICTION

12.     This Court has personal jurisdiction of Defendants because they are residents of and/or doing business in the State of California. This Court is the proper court because the injury and/or wrongful acts that are the subject of this action occurred in its jurisdictional area and/or at least one Defendant now resides in its jurisdictional area.

## PARTIES

13.     Plaintiff Robert A. Zirkin is an adult resident of the State of Maryland.

14.     Defendant Shandy Media, Inc. is a company incorporated in and with its principal place of business in the State of California, County of Los Angeles. Shandy Media, Inc. is the owner of Obsev, a digital magazine, and The Fumble, a sports news website.

15.     Defendant Angela Struck is an adult resident of the County of Los Angeles, State of California. Struck is a host and writer for The Fumble.

16.     Defendant Raymond Attipa is an adult resident of the County of Los Angeles, State of California. He is the CEO and Co-Founder of Shandy Media.

17.     Defendant Tigranouhi Attipa is an adult resident of the County of Los Angeles, State of California. She is the Co-Founder and Managing Partner of Shandy Media.

//

## FACTS COMMON TO ALL COUNTS

18.     Mr. Zirkin is a devoted husband and a father. He has been married to his wife for 11 years. They have two daughters, ages 11 and 9.

19.     He has been a member of the Maryland Bar since 2000 and is a respected attorney. He is a founding partner of the law firm Zirkin and Schmerling Law, which has offices in Pikesville, Maryland and downtown Baltimore.

20.     Mr. Zirkin serves in the Maryland General Assembly as a state Senator. He has represented District 11 in Baltimore County since 2007.

21.     Mr. Zirkin is a highly respected member of the General Assembly. He presently serves as the Chair of the Judicial Proceedings Committee and is a member of the Executive Nominations Committee, Special Committee on Substance Abuse, and Legislative Policy Committee.

22.     Prior to serving as state Senator, Mr. Zirkin served as a member of the House of Delegates, representing District 11 from 1999 to 2007.

23.     On October 17, 2017, The Fumble, a sports news website owned and operated by Defendant Shandy Media, published a video entitled, "Ravens Fan CAUGHT Shopping for Prostitutes on Craigslist."

24.     The video, which is one minute, 49 seconds in length, features a host of The Fumble, Defendant Angela Struck, discussing a video that was captured of a man supposedly looking for prostitutes on Craigslist at the Ravens vs. Bears NFL game on October 15, 2017 at M&T Bank Stadium in Baltimore.  A digital copy of the video is attached to this Complaint as Exhibit #1 and its contents are incorporated herein.

//

//

25.     Struck briefly discusses the outcome of the game before turning to the more

salacious purpose of the video:

> Sunday was not a great day for Baltimore. Joe Flacco had some trouble and lost to the
> Bears. Dropping the Ravens to 3 and 3 this season. The game was a close one, ending 27-
> 24, but apparently it wasn't enough to hold every fan's attention. Most importantly this
> grey haired Ravens fan who was caught creeping on Craigslist for Prostitutes during the
> game. What's the weirdest thing you've actually glanced on someone's iPhone. Let me
> know your craziest in the comments below.

26.     Around the 00:55 second mark, the video slowly pans up for several seconds on the

following image of Mr. Zirkin:



27.     Not only does the video show Mr. Zirkin but pictured behind him in the photograph

is his 9-year-old daughter.

28.     This is a stock photograph of Mr. Zirkin obtained from Getty Images, a stock

photograph company. A stamp in the lower left corner of the photograph states "GETTY

IMAGES."

29.     Defendant Struck downloaded the stock photograph of Mr. Zirkin from Getty Images for use in the video.

30.     The photograph was taken of Mr. Zirkin and his daughter when they were in London, England at the Ravens vs. Jaguars game on September 24, 2017. Mr. Zirkin was not aware that his photograph was being taken by Getty Images or was going to be used as a stock photo.

31.     At the exact same time the Shandy Media video is showing the photograph of Mr. Zirkin, the video's host, Defendant Struck, continues:

> Well this man needs to be a bit more DL. He's holding up the phone for all the world to see and unfortunately for him the person sitting behind him is active on social media. Check out the video he recorded and posted online with the caption 'Craigslist's new target demographic is old, white Ravens fans.'

32.     In displaying this stock photograph of Mr. Zirkin while narrating that "this man" was the one "holding up the phone" while searching for prostitutes, Defendants Struck and Shandy Media are falsely portraying Mr. Zirkin as the man caught looking online for prostitutes at the game.

33.     The Shandy Media video then plays the video, taken by another attendee at the October 15, 2017 Ravens game, of an individual seated in front of him in the stands scrolling on his phone. Only the back of the man's head, his hands, and some of his glasses frames can be seen in the video. The video spends several seconds zooming in on the man's phone.

34.     This recording was downloaded by Defendant Struck and another Shandy Media employee from another website, www.bustedcoverage.com, for use in the Shandy Media video. Defendants did not communicate with anyone at www.bustedcoverage.com about how that website came to obtain the video or to obtain any information at all about the video.

//

//

35.     In the Shandy Media video, Defendant Struck continues to announce:

It's a little hard to see but if you zoom in on the video you can see 'Hot Hot Hot Sexy Brunette Bombshell and Sexy Pics.' Yikes. Ugh. I feel bad for this guy's wife and kids. What's the raunchiest thing you've ever seen go down at a sporting event. Let me know your best in the comments below.

36.     The zoomed in image of the phone shown during this part of the Shandy Media video is below:



37.     Throughout the video, Defendant Struck also encourages viewer interaction with The Fumble. Towards the start of the video, she states, "To find out the hottest sports news and gossip, be sure to hit that subscribe button and join our notification squad. (Ex. 1, Shandy Video). Around the 0:44 mark, she asks viewers, "What's the weirdest thing you've accidently glanced at on someone's iPhone? Let me know your craziest in the comments below." (*Id.*). At the 1:34 mark, she asks viewers, "What's the raunchiest thing you've ever seen go down at a sporting event? Let me know your best in the comments below." (*Id.*).

38.     The video ends with Struck stating, "For the hottest sports news and gossip, like, subscribe, and comment below, and be sure to shop The Fumble store for the latest NFL gear," as the following screen appears on the video:



39.     Defendant Struck or another employee or agent of Defendant Shandy Media pulled the stock photograph of Mr. Zirkin from Getty Images as an illustration of a male Ravens fan.

//

//

//

40.     Levon Demirjian, an employee of Obsev Studios, admitted that the photo of Mr. Zirkin used in the video was a stock photograph. In an email sent by Demirjian at 7:05 p.m. on October 18, Demirjian acknowledged that the man in the stock photograph—Mr. Zirkin—was not the same man in the footage from the Ravens game. The email, attached hereto and incorporated as **Exhibit 2**, provides:

> Dear Mr. Zirkin:
>
> We never stated the stock photograph was the person in the video. We show the video and it clearly shows a different person searching for prostitutes on his phone, which is what the story is about. Second, the video was removed from YouTube. As far as the web it takes a bit of time for it to be removed but it has been taken down.
>
> The photo we used was a stock photo and we had no obligation to remove it, but still went ahead and removed it as a favor to you, a serving State Senator.
>
> Best Regards,
> Leo Demirjian

41.     Defendants knew that the man in the stock photograph was not the same man in the footage from the Ravens game, yet they still published a video portraying Mr. Zirkin and the man in the original video as one and the same.

42.     Mr. Zirkin was not the man shown in the video supposedly searching for prostitutes on Craigslist nor does he have any association with the underlying video. Mr. Zirkin does not know the identity of the man at the Ravens game.

43.     The Shandy Media video was republished on Shandy Media's social media accounts, including The Fumble's Facebook page, which had over 453,000 followers at the time.

44.     The video was also republished on other websites around the world, including Charm City Sports Network, BroBible.com, Dailysnark.com, Windstream.net, TotalProSports.com, and BustedCoverage.com.

45.     Charm City Sports Network is a website describing itself as a "one-stop shop" for the Baltimore sports fan.  The website posts articles about Baltimore's major league sports teams,

1    the Orioles and the Ravens. The website was co-founded by John Wilkes, Phil Gentile, and Dillon

2    Atkins.

3        46.    On October 17, 2017, Charm City Sports Network published the video to its

4    website titled, "Video: Ravens Fan Gets Caught Looking for Prostitutes on Craigslist During

5    Game." The video was the identical video published by Shandy Media.

6        47.    That same day, at 6:53 a.m., Charm City Sports Network posted a link to the video

7    on its Twitter account, which has over 2,800 followers.



21        48.    In just the two days since it was posted, the video amassed thousands of views.

22        49.    Mr. Zirkin received an overwhelming number of text message, phone calls, and

23    emails from Maryland residents who have seen the video.

24        50.    Mr. Zirkin first learned of the video when he received a text message from his law

25    partner on October 18 with a link to the video on Charm City Sports Network.

26        51.    After learning of the existence of this video, a representative from Mr. Zirkin's

27    office contacted Charm City Sports Network through Facebook to notify them of the false

28    information. Someone from the company wrote back that his contact information is

"fuck@you.com." Mr. Zirkin contacted one of the co-founders, Phil Gentile, to discuss the false information but Mr. Gentile hung up on him and took no action at first to remove the video despite being given notice of its falsity.

52.     Mr. Zirkin's representatives also contacted Shandy Media to alert them to the false and defamatory statements that had been published on its site.

53.     Demirjian sent an email to Mr. Zirkin on October 18 at 5:34 PM stating that the video had been taken down. However, the video still remained on multiple media outlets owned and operated by Shandy Media and on other media outlets for some time.

54.     The portrayal of Mr. Zirkin as the man who was looking for prostitutes on his phone at the game was false. Mr. Zirkin and that man are not one and the same nor does Mr. Zirkin even know the identity of the man featured on his phone in the video.

55.     This portrayal of Mr. Zirkin was malicious and was made with the intent to harm Mr. Zirkin. Defendants knew these statements were false and/or it acted with reckless disregard for the truth.

56.     At the time the video was made and published, Defendants had actual knowledge that the statements were false and/or the statements were made with reckless disregard for the truth.

57.     Defendant's false and defamatory statements caused Mr. Zirkin harm. The Defendants' video was republished on other websites, including Charm City Sports Network, which is geared towards Baltimore sports fan, and upon information and belief, is read by Mr. Zirkin's constituents.  These false and defamatory statements have damaged Mr. Zirkin's reputation and character and have caused him mental anguish and personal humiliation.

//

## Count I
### Defamation

58.     Plaintiff hereby adopts and incorporates by reference the allegations contained in all of the paragraphs of this Complaint as though set forth fully herein.

59.     The above-referenced portrayal of Mr. Zirkin as the individual searching for prostitutes on Craigslist was defamatory and intended and tended to injure Mr. Zirkin in his reputation, character, and profession and cause him mental anguish.  These statements cast aspersions against Mr. Zirkin and impugned Mr. Zirkin as a criminal and adulterer.

60.     The portrayal of Mr. Zirkin in the video was false. He was not the man at the Ravens game looking for prostitutes on his phone. Mr. Zirkin does not know the identity of that man nor does he have any association with that man.

61.     Defendants knowingly or recklessly made the false and defamatory statements. Defendants made the statements with actual malice.

62.     Defendants published this video on their websites and social media pages, and the video was seen by Mr. Zirkin's constituents in Maryland, friends, family, and members of the general public worldwide. The video was republished through other media sources.

63.     The recipients reasonably understood the publications in the defamatory and false light intended by Defendant: that Mr. Zirkin and the man in the video on Craigslist were one and the same.

64.     Reasonable recipients of the video would and did understand them to be asserting statements of verifiable fact. The portrayal of Mr. Zirkin was expressly presented as such.

65.     Defendants' statements—and their publishing of these statements—constitute defamation *per se* because the injurious character of their portrayal is self-evident.  Among other things, Defendants accused Plaintiff of criminal conduct—seeking to proposition a prostitute—and other conduct tending to injure him in respect to his office and profession.

66.     Defendants acted with the knowledge that these statements were false and with the intent to cause harm to Mr. Zirkin and to harm his personal and professional reputation, character, and profession.

67.     In the alternative, Defendants made these statements with a reckless disregard for the truth or falsity of these statements and with the intent to cause harm to Mr. Zirkin and to harm his personal and professional reputation, character, and profession.

68.     Mr. Zirkin suffered damages as a result of Defendants' tortious conduct.  Moreover, the character and reputation of Mr. Zirkin was harmed as a result of the false and defamatory statements published by Defendants. In addition, Mr. Zirkin's standing and reputation in the community was impaired, and he suffered mental anguish and personal humiliation.

69.     WHEREFORE, Plaintiff Robert Zirkin demands judgment against Defendants in an amount to be determined at trial but in excess of the minimum jurisdictional limits of this court, plus interest, costs, attorneys' fees, and punitive damages in an amount to be determined at trial.

## Count II
## False Light

70.     Plaintiff hereby adopts and incorporates by reference the allegations contained in all of the paragraphs of this Complaint as though set forth fully herein.

71.     By making the statements referenced above, Defendants improperly publicized and published statements about Mr. Zirkin, which placed him in a false light by attributing him to conduct and characteristics that were false.

72.     The portrayal of Mr. Zirkin in the video was false. He was not the man at the Ravens game looking for prostitutes on his phone. Mr. Zirkin does not know the identity of that man nor does he have any association with that man.

73.     Defendants knew that the facts that they publicized about Mr. Zirkin were false or they made the assertions with a reckless disregard for the truth or falsity of those facts.

74.     The publication of these facts was highly offensive to any reasonable person, as it is highly offensive to be accused of searching for prostitutes on Craigslist.

75.     Mr. Zirkin suffered damages as a result of Defendants' tortious conduct. Moreover, the character and reputation of Mr. Zirkin was harmed as a result of the false and defamatory statements published by Defendant. In addition, Mr. Zirkin's standing and reputation in the community was impaired, and he suffered mental anguish and personal humiliation.

76.     WHEREFORE, Plaintiff Robert Zirkin demands judgment against Defendants in an amount to be determined at trial but in excess of the minimum jurisdictional limits of this court, plus interest, costs, attorneys' fees, and punitive damages in an amount to be determined at trial.

//

//

//

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment as follows:

1. Physical, mental, and emotional injuries, pain, distress, suffering, anguish, fright, nervousness, grief, anxiety, worry, shame, mortification, injured feelings, shock, humiliation and indignity, as well as other unpleasant physical, mental, and emotional reactions, damages to reputation, and other non-economic damages, in a sum in excess of the minimum jurisdictional amount of the court;

2. Other actual, consequential, and/or incidental damages in a sum to be ascertained according to proof;

3. For pre- and post-judgment interest allowed by law;

4. For punitive damages according to proof;

5. For attorney fees and costs of suit pursuant to statute; and

6. For other relief as the Court deems just and proper.

Dated: October 16, 2018                    McNICHOLAS & McNICHOLAS, LLP

By:
Patrick McNicholas
Justin J. Eballar
Attorneys for Plaintiff
ROBERT A. ZIRKIN

//
//
//
//

---

17
Complaint for Damages

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial as to all claims so triable.


Dated: October 16, 2018                    McNICHOLAS & McNICHOLAS, LLP


                                           By:_____
                                                Patrick McNicholas
                                                Justin J. Eballar
                                                Attorneys for Plaintiff
                                                ROBERT A. ZIRKIN

EXHIBIT 1

**EXHIBIT 1**

**INTENTIONALLY LEFT BLANK**

**EXHIBIT 2**

**EXHIBIT 2**

**Alyse L. Prawde**

**Subject:**                     FW: Ravens craigslist Video

**From:** Leo Demirjian <ldemirjian@obsev.com>
**Date:** October 18, 2017 at 7:05:42 PM EDT
**To:** Bobby Zirkin <zirkin2002@yahoo.com>
**Cc:** Timothy Maloney <tmaloney@jgllaw.com>
**Subject: RE: Ravens craigslist Video**

Dear Mr. Zirkin

We never stated the stock photo was the person in the video. We show the video and it clearly shows a different person searching for prostitutes on his phone, which is what the story is about. Second, the video was first removed from Youtube. As far as the web it takes a bit of time for it to be removed but it has been taken down.

The photo we used was a stock photo and we had no obligation to remove it, but still went ahead and removed it as a favor to you, a serving State Senator.

Best Regards,
Leo Demirjian

Leo Demirjian

ldemirjian@obsev.com

DISCLAIMER: This e-mail may contain confidential and proprietary information some of which may be legally privileged. It is intended solely for the recipients use. If you are not the addressee, you have received this e-mail in error. Any disclosure, copying, printing, distribution or action taken in reliance on it is strictly prohibited. If you have received this e-mail in error, please delete the e-mail and notify Obsev via email support [@] obsev [dot] com or call 323.694.2500.

From: Bobby Zirkin [zirkin2002@yahoo.com]
Sent: Wednesday, October 18, 2017 3:43 PM
To: Leo Demirjian
Cc: Timothy Maloney
Subject: Ravens craigslist Video

Mr. Demirjian,

1

EXHIBIT

2

Contrary to your earlier email, your false and defamatory video where you used a photo of me and my daughters is still up on the web. You have been alerted on numerous occasions today that the stock photo you used in your video is not the person in the video. Despite that, it remains up. We intend to take all actions available in this matter.

Sent from my iPhone