O

# United States District Court
# Central District of California

| | |
|---|---|
| ROBERT A. ZIRKIN,<br><br>                    Plaintiff,<br><br>    v.<br><br>SHANDY MEDIA, INC.,<br><br>                    Defendant. | Case No. 2:18-cv-09207-ODW (SSx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON SPECIAL MOTION TO STRIKE COMPLAINT, OR ALTERNATIVELY TO DISMISS AND REVISE BRIEFING SCHEDULE [29]** |

The matter comes before the Court on the Parties' Joint Stipulation to Continue Hearing on Special Motion to Strike Complaint or, Alternatively, to Dismiss and to Revise Briefing Schedule. Having reviewed the Stipulation, and good cause appearing, the Court hereby orders as follows:

The hearing on Defendant's Special Motion to Strike Complaint or, Alternatively, to Dismiss (ECF No. 23.), currently set for April 8, 2019, is hereby continued to Monday, May 6, 2019, at 1:30 p.m.; Plaintiff's Opposition papers shall be due on or before Monday, April 1, 2019, and Defendant's Reply papers shall be due on or before Monday, April 15, 2019.

**IT IS SO ORDERED.**

March 15, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**