IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

ROBERT A. ZIRKIN                     :

       Plaintiff                     :

v.                                   :     Case No.

SHANDY MEDIA, INC., ET AL.           :

       Defendants.                   :

## TEMPORARY RESTRAINING ORDER AND ORDER FOR EXPEDITED DISCOVERY

UPON CONSIDERATION of the Plaintiff's application for a Temporary Restraining Order, any opposition thereto, good cause having been shown, it is this __23__ day of October 2017, at __10:56__ a.m./p.m., by the Circuit Court for Baltimore County, Maryland found:

**WHEREAS,** the Court finds that Plaintiff Robert A. Zirkin will suffer substantial, immediate and irreparable harm in the form of damage to his character and reputation if immediate injunctive relief is not issued; it is, therefore, hereby:

**ORDERED** that Defendants Shandy Media, Inc., Charm City Sports Network, John Wilkes, Dillon Atkinson, Phil Gentile, Angela Struck, Levon Demirjian, Raymond Attipa, Diana Madison, Obsev Studios, and Squarespace, Inc. are **ENJOINED** from republishing the video of the man on Craigslist at the Ravens game featuring the stock photograph of Mr. Zirkin until such time as a full adversarial hearing can be held; and it is further

**ORDERED** that Defendants Shandy Media, Inc., Charm City Sports Network, John Wilkes, Dillon Atkinson, Phil Gentile, Angela Struck, Levon Demirjian, Raymond Attipa, Diana Madison, Obsev Studios, and Squarespace, Inc. are **ENJOINED** to cease publishing the video

FILED OCT 23 2017



1



displaying Mr. Zirkin's image and ordered to remove the video from their websites and social media accounts; and it is further

**ORDERED** that Defendants Shandy Media, Inc., Charm City Sports Network, John Wilkes, Dillon Atkinson, Phil Gentile, Angela Struck, Levon Demirjian, Raymond Attipa, Diana Madison, Obsev Studios, and Squarespace, Inc. are to immediately notify all other websites that have subsequently republished the video of the video's falsity; and it is further

**ORDERED,** that Defendants Shandy Media, Inc., Charm City Sports Network, John Wilkes, Dillon Atkinson, Phil Gentile, Angela Struck, Levon Demirjian, Raymond Attipa, Diana Madison, Obsev Studios, and Squarespace, Inc. are to preserve all evidence related to the video, including the video itself and any and all communications and documents related to the video; and it is further

**ORDERED** that the court authorizes immediate expedited discovery for the purpose of preserving evidence in this case; and it is further

**ORDERED,** that any injunction bond is waived in this case for good cause, pursuant to Md. Rule 15-503; and it is further

**ORDERED,** that the Clerk shall set this matter in for a hearing on Plaintiff's request for a preliminary injunction not later than twenty days (20) from the date of this Order; and it is further

**ORDERED,** that, pursuant to Md. Rule 15-504(c), the Defendants and/or any other interested party may move to dissolve this order upon two (2) days notice to Plaintiff, unless the Court shall set a different time; and it is further

**ORDERED,** that Plaintiff shall serve copies of this order on all Defendants forthwith; and it is further

2

**ORDERED,** that this Order shall expire under its own terms in ten (10) days unless extended by the Court or by agreement of the parties.

_____
JUDGE, Circuit Court for Baltimore County, Maryland

**Copies to:**

Timothy F. Maloney
Alyse L. Prawde
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
tmaloney@jgllaw.com
aprawde@jgllaw.com

Shandy Media, Inc.
s/o Raymond Attipa
2046 Hillhurst Avenue, #54
Los Angeles, California 90027

Charm City Sports Network
s/o Phil Gentile
2318 Rockwell Avenue
Catonsville, Maryland 21228

John Wilkes
9721 Wyndham Drive
Frederick, Maryland 21704

Dillon Atkinson
1211 Sedge Court
Pasadena, Maryland 21122

Phil Gentile
2318 Rockwell Avenue
Catonsville, Maryland 21228

Angela Struck
6070 W. Studio Court
Los Angeles, California 90038

Levon Demirjian
6221 Mammoth Avenue

True Copy Test
JULIE L. ENSOR, Clerk
Per _____
Assistant Clerk

Van Nuys, California 91401

Raymond Attipa
2224 Winona Boulevard
Los Angeles, California 90027

Diana Madison
27643 Hermes Lane
Canyon Country, California 91351

Squarespace, Inc.
s/o Anthony R. Casalena
5 Chesterfield Court
Monkton, Maryland 21111

Obsev Studios
s/o Raymond Attipa
2046 Hillhurst Avenue, #54
Los Angeles, California 90027