Scott S. Humphreys (SBN 298021)
humphreyss@ballardspahr.com
Jay Ward Brown (*pro hac vice*)
brownjay@ballardspahr.com
Alexander Ziccardi (*pro hac vice*)
ziccardia@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

*Attorneys for Defendants*

Patrick McNicholas (SBN 125868)
pmc@mcnicholaslaw.com
Justin Eballar (SBN 294718)
jje@mcnicholaslaw.com
**MCNICHOLAS AND MCNICHOLAS LLP**
10866 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90024
Telephone: 310.474.1582
Facsimile: 310.475.7871

*Attorneys for Plaintiff*

*(additional counsel on next page)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. ZIRKIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHANDY MEDIA, INC., a California Corporation; ANGELA STRUCK, an individual; RAYMOND ATTIPA, an individual; TIGRANOUHI ATTIPA, an individual; and DOES 1 through 100, inclusive;,<br><br>　　　　　Defendants. | Case No. 2:18-CV-09207-ODW<br><br>**JOINT NOTICE OF SETTLEMENT** |

1 Timothy F. Maloney (*pro hac vice*)
  tmaloney@jgllaw.com
2 **JOSEPH, GREENWALD & LAAKE, P.A.**
  6404 Ivy Lane, Suite 400
3 Greenbelt, MD 20770
  Telephone: 301.220.2200
4 Facsimile: 301.220.1214

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the parties have reached an agreement to fully settle the above-referenced case. The parties anticipate that their written settlement agreement will be finalized and that a joint stipulation for dismissal of this entire action with prejudice will be filed within the next 21 days. The parties respectfully request that the Court vacate all hearings and pending motions while they finalize their written settlement agreement.

| | |
|---|---|
| DATED: May 9, 2019 | BALLARD SPAHR LLP |
| | */s/ Scott S. Humphreys*<br>Scott S. Humphreys |
| | *Attorneys for Defendants* |
| DATED: May 9, 2019 | McNICHOLAS AND McNICHOLAS |
| | */s/ Patrick McNicholas*<br>Patrick McNicholas<br>Justin Eballar |
| | JOSEPH, GREENWALD & LAAKE, P.A. |
| | */s/ Timothy Maloney*<br>Timothy Maloney |
| | *Attorneys for Plaintiff* |

The filer of this document, Scott S. Humphreys, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.